No. 1045.

THE STATE VS. JEAN FRELD.

In courts other than those of Orleans Parish, an appeal in criminal cases must be taken during the term at which sentence shall have been rendered.

APPEAL from the District Court for Lafayette,    MOUTON, J.

*Chargois*, District Attorney, for the State.   *F. Voorhies* for Defendant.

DE BLANC, J., cited the Act of 1878, Sess. Acts, p. 56, and dismissed the appeal.

No. 1037.

AUGUSTE MARAIST ET AL. VS. C. GUERINIÈRE ET AL.

Where the surety to the appeal bond is also surety on the injunction bond, and has been condemned solidarily with his principal in damages, the appeal will be dismissed.

APPEAL from the District Court for St. Martin.    FONTELIEU, J.

*F. Voorhies* for Plaintiff Appellant   *J. E. Mouton* for Defendants.

MANNING, C. J. delivered the opinion dismissing the appeal.

No. 1041.

OTTO WEBER ET AL. VS. G. R. HARRIS ET ALS.

In a suit to annul a tax sale, the purchaser at such sale is a necessary party to the suit.

APPEAL from the District Court for Iberia.    FONTELIEU, J.

*Perry & Delahoussaye* for Appellant.    *Merchant* for Appellee.

WHITE, J., delivered the opinion sustaining the exception.